opinion. Order to be settled on notice. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Henrietta Michaelis, Appellant, v. Dry Dock Savings Institution and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

The Edw. J. Noble Company, Inc., Respondent, v. David P. Leahy Realty Company and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Rose Rappaport, Respondent, v. New York Railways Company, Appellant.— Judgment reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulate to reduce verdict to $1,500, in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

John L. Snedden, Respondent, v. Central Valley National Bank, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Emma Ederheimer, Appellant, v. Leopold Ederheimer, Respondent.— Judgment reversed and new trial ordered, with costs to appellant to abide event. No opinion. Order to be settled on notice. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

The People of the State of New York, Appellant, v. May Martin, Principal, and Joseph Goldberg, Surety, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

James Pollitz, Appellant, v. The New York Central Railroad Company and Others, Respondents.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted as stated in order, with ten dollars costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Robert Lee Fisher, Appellant, v. Florence E. Fisher, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Charles Brock, Appellant, v. Ruel W. Poor and Another, Individually and as Trustees, etc., and Others, Respondents.— Order modified as stated in order and as modified affirmed, without costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Charles Brock, Appellant, v. Ruel W. Poor and Another, Individually and as Trustees, etc., and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Charles Brock, Suing for Himself as a Stockholder of The Anthony & Scovill Company, and on Behalf of Said Company and All Other Stock-